Case 2:17-cv-01809-DOC-SP Document 1 Filed 03/07/17 Page 1 of 12 Page ID #:1

2:17-CV-01809-DOC-SP
**Related DDJ**

FILED
CLERK, U.S. DISTRICT COURT
MAR - 7 2017
CENTRAL DISTRICT OF CALIFORNIA
BY: RS DEPUTY

United States District Court
Central District of California

Michael R. Spengler )   New 1983 Complaint
  Plaintiff           Civil #
  vs.                 (to be supplied by Clerk)
Los Angeles
County Sheriffs:
SGT. Robert Gray       Dated 2-20-17
DET. David Gunner      Clerk:
DET. Adam Kriste       I have no copy
OSJ Deputy Mike Carrillo  machine access -
LT. Michael Rosson     please help me
(Defendants #→)
232 Deputy Moses

1) Jurisdiction & Venue

This is a civil action authorized by Section 1983 to redress the Depravation, under color of state law, of rights secured by the U.S. Constitution. This court has jurisdiction under 28 USC # 1331 + 1343 (a)(3) Plaintiff seeks Declatory Relief Pursuant to 28 USC 2201 & 2202. This court is the appropriate venue under 28 USC # 1391(b)(2) because of these events occured in the L.A. County Jail giving rise to the claims that occured.

RECEIVED
CLERK, U.S. DISTRICT COURT
MAR - 1 2017
CENTRAL DISTRICT OF CALIFORNIA
BY: DEPUTY

2

~~I PLAINTIFFS~~

3. ~~plaintiff~~ Michael R. Spengler, is at all times a pretrial Detainee of T.T.C.F. LA County Jail of LA Sheriffs Dept. Specifically I ~~&~~ have been here housed in A.D.A. Dorms/floor due to my severe mental health, multiple sclerosis

II DEFENDANTS

~~Sgt.~~ Robert Gray, Detectives David Gunner & Adam Kriste, OSJ Deputy Mike Carrillo, LT. Michael Rosson & ~~Travis Torres~~, Deputy Moses of the TTCF 232 staff all of the Los Angeles County Sheriff's Dept. acting as Deputy Sheriffs under color of state/federal law & legally responsible for their actions

They are all sued in their ~~individual capacity~~ & none in their official

No Doe's are named

&

Complaint complies with Rule 8(a)(2) Fed. Rules of Civil procedure

4.

Moses knew - even documented 1 or 2 of the assaults, of another inmate. Shamar beat me over $ & my store, even stole personal papers of mine. Moses was involved because the entire time would pull him out to talk to him with long secret meetings & talks and inmates would overhear. He made it well known to me & other inmates his dislike for me due to my medical lawsuits/grievances against him, & 232 staff. He singled me out by discussing my medical affairs due to his open inappropriate relationship with Medical Staff Carreon on 232 openly complaining about me & to inmate Shamar Jackson. Pure malice & retaliation for my suits against him & RN Carreon who clearly have an ongoing personal inappropriate relationship. Mr Jackson was viewed as a shotcaller so it was normal to be called out to talk - I also had a lot of personal civil/probate papers I was working on & this man stole a lot of those papers & my criminal papers & gave to staff & took notes - the reports say so -

5

FACTS -
Violation of IV Amendment. I have proof of this. Jackson & Moses had a agreement for court leniency. To keep him on the ADA Floor & vouching 4 him at Medical so he can keep a wheelchair so he can get to CCB court. Torrance court is non wheelchair & no leniency. Him & Moses spoke at great length of my Medical & Criminal matters/cases. They tried to concoct a story to LASD that I hired Jackson to kill my Dad's G/F & witnesses in case I was fighting. Clear IV amend./Massiah but I was never charged & the charge is barred because LASD forced Jackson into a polygraph & he failed. On 9-8-16 - I wrote up the complaint against him & Moses & also demanded my papers back Moses had. Moses calls him out & he comes in again to assult me a 3rd time, put a MAFIA green light on me to pay him $ and said a G.L. is on my family. Tries to manipulate me that the situation is all my fault via fear induced MAFIA coercion politics - I'm ADA on meds & don't get it

8

repeated situations, entrap me & get me to "talk & spill the beans"

All 9.1 ~ 9.14 2016 repeatedly & repeated meets, Beyond Mere listening & in violation of Title III Omnibus Crime Control Safe Streets Act US 18 USC §2510~2520 & CAPC 629~637.5 & IV and VI of the United States Const. Terrible living conditions, pretrial, ADA, & specifically target of me due to race of being white (specifically says) & able to induce MEXICAN MAFIA FEAR into a non MEXICAN.

No authorization by LASD Jim McDonnell, Notification/warrant/Nothing.

I have a substantial ammount of documentary evidence/witnesses to provide that is contrary to Defendant's. Exhaustion of Administrative Remedies is beyond exhaustion, to no avail.

Prayer

I seek Declatory Relief & Jury Trial monetary Damages total $2.5 million & punitive 10 million total & Defendants served –

tapes/tactics & inadmissable  
buldn't be used at court  
therefore a 1983 has merit & won't interfere spy fere

# Prayer For Relief

Wherefore, plaintiff respectfully prays that the court enter judgement granting plaintiff

- A declaration that the acts/omissions described herein violated US Const. Rights
- A preliminary injunction & permanent injunction ordering defendants to leave me alone, i.e. left alone on 232 ADA Floor without retaliation or trying to move or harass me or further hurt me or implement further tactics and any new issues address to my lawyer Dale Atherton -
- Compensatory damages of 2.5 million total & punitive 10 million total
- Jury trial & any of my costs

TTCF
LA CA
~~20~~ 9- 2-20-17

Michael Spengler

Prayer 4 Relief

Declaration w/

#1 - sought Federal intervention via Habeas Corpus - case# 2:17 cv 00284 DOC SP for compliance with Federal intervention on State Criminal proceedings claims. But

#2. It is Determined that this 1983 complies with Younger Abstention Doctrine because state court has Determined that employees violated my rights outside of investigation/proceeding: only 1983 can remedy $ living conditions & they acted on their own $ but the informant misuse, retaliation & tapes elicitation are illegal & inadmissib & violation of law & can't be used. So a 1983 is warranted & Merit & Doesn't affect state proceedings - because they're

State case
vs. perkins

conversation
tactics were
used.
conversation he reported
on his own
[illegible] /[illegible]tation

Docs NOT [illegible]
AFFECT it

## VERIFICATION

I have read the foregoing complaint & hereby verify that the matters alleged therein are true, except to those that I alleged on information & belief, & as to those I believe them to be true.

I certify under penalty of perjury that the foregoing is true & correct.

*[signature]*

2-20-17
Michael Spengler

TTCF - L.A. CA

U.S. DIST. Court - Central of CALIFORNIA

Michael R. Spengler

vs.

LA County Sheriffs ET. AL.

SUMMONS

CIVIL #

_____ (NEW)

211 W. Temple St.
8th Floor
L.A. CA 90012

TO THE Above NAmed DEFendants You Are hereby summoned + required to serve upon Plaintiff, AT The Twin Tower Correctional Facility #3984203 - 450 Bauchet St. L.A. CA 90012 an Answer to the complaint which is herewith Served upon You, within 20 Days after service of this summons upon you, exclusive of the Day of service, or 60 days if the US Govt./ agent thereof is a Defendant. IF you fail to do so, judgement of Default will be entered Against you.

Clerk of the Court
Date

Michael R. Spengler
#3984203
TCF 232A
450 Bauchet St
LA CA 90012

Legal Mail
Unit
2-40-17

Need postage

To: US District Court
312 N. Spring St
E-8
LA CA 90012

RECEIVED
CLERK, U.S. DISTRICT COURT
MAR -1 2017
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

LOS ANGELES
CA 900
24 FEB'17

02 1P
0000866211
MAILED FROM ZIP CODE 90012
$ 000.670
FEB 24 2017
PITNEY BOWES
UNITED STATES POSTAGE